IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| In the Matter of:<br>GORDON HAGGOTT BECKHART, JR.<br>STELLA MARIE BECKHART<br>　　Debtors | Case No.:<br>09-07452-8-RDD<br><br>Chapter 11 |
| GORDON HAGGOTT BECKHART, JR.<br>and STELLA MARIE BECKHART,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>Beneficiary under that Deed of Trust<br>Recorded at Book 4662, Page 301,<br>New Hanover County Register of<br>Deeds; and AURORA LOAN<br>SERVICES, LLC,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Adversary Proceeding No:<br>)　09-00265-8-RDD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

　　The parties hereto agree and stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to a Voluntary Dismissal With Prejudice as to all claims in the above-entitled action against Mortgage Electronic Registration Systems, Inc. and Aurora Loan Services, LLC.

　　Defendants Mortgage Electronic Registration Systems, Inc. and Aurora Loan Services, LLC, by and through their attorney, David L. Ray, agree to the electronic filing of this Stipulation of Dismissal by George Mason Oliver.

　　This the 17th day of November, 2010.

| | |
|---|---|
| s/George Mason Oliver<br>GEORGE MASON OLIVER<br>N.C. State Bar No.: 26587<br>OLIVER & FRIESEN, PLLC<br>PO Box 1548<br>New Bern, NC  28563-1548<br>(252) 633-1930<br>(252) 633-1950 (Fax)<br>*Attorneys for Plaintiff* | s/David L. Ray<br>DAVID L. RAY<br>N.C. State Bar No.: 18380<br>131 Racine Drive, Suite 201<br>Wilmington, NC 28403<br>Telephone: 910-251-9900<br>Facsimile: 910-251-9667<br>*Attorneys for Aurora Loan Services, LLC and*<br>*Mortgage Electronic Registration Systems, Inc.* |